# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

WILLIAM WOLF, Individually and as §
the Administrator of the Estate of Mark §
D. Wolf §
§
v. § CIVIL ACTION NO. 3:25-CV-0395-S-BK
§
CAMBRIDGE MUTUAL FIRE §
INSURANCE COMPANY AND COM- §
CO INSURANCE AGENCY, INC. §

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. Plaintiffs' objection deadline originally was March 10, 2026. On the day of the deadline, Plaintiffs sought a 14-day extension, and the Court granted that request. *See* ECF Nos. 36-37. After the extension, Plaintiffs' objection deadline was March 24, 2026. Again, Plaintiffs moved to extend the deadline on the date objections were due. In their Unopposed Motion for Extension of Time to File Written Objections to the Findings, Conclusions, and Recommendation of the United States Magistrate Judge ("Motion to Extend") [ECF No. 38], Plaintiffs seek an additional seven days to file written objections. Mot. to Extend 2. The stated reason for the extension—that Plaintiffs need "adequate time" to review and object to the findings, conclusions, and recommendation—is identical to the reason given for the previous extension. *Id.* at 2. The Court concludes that Plaintiffs have not established good cause for a second extension and **DENIES** the Motion.

Because no objections were timely filed, the Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, the Court **DISMISSES WITHOUT PREJUDICE** all claims against Defendant Com-Co Insurance Agency, Inc. Because the remaining parties are completely diverse, the Court **DENIES** Plaintiffs' Second Motion to Remand [ECF No. 29] and **GRANTS IN PART** Defendants' Motion to Dismiss [ECF No. 8]. By separate Order, the Court will **TRANSFER** this action to the Eastern Division of the Northern District of Illinois.

**SO ORDERED.**

SIGNED March 25, 2026.

_____
**UNITED STATES DISTRICT JUDGE**

2